# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

February 24, 2015

KLX Energy Services LLC
Claire Dumas Esq.
KLX Inc.
1300 Corporate Center Way
WELLINGTON FL 33414

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item:** 2015-8

| # | Field | Value |
|---|---|---|
| 1. | Client Entity: | KLX Energy Services LLC |
| 2. | Title of Action: | Isabel Riso and Jose Rocha vs. Corey Lee Boyce and KLX Energy Services, LLC f/k/a BEA Logistics Sercices, LLC |
| 3. | Document(s) Served: | Citation / Plaintiff's Original Petition |
| 4. | Court/Agency: | Atascosa County 81st - 218th District Courts |
| 5. | State Served: | Texas |
| 6. | Case Number: | 15-02-0120-CVA |
| 7. | Case Type: | Negligence |
| 8. | Method of Service: | Certified Mail |
| 9. | Date Received: | Monday 2/23/2015 |
| 10. | Date to Client: | Tuesday 2/24/2015 |
| 11. | # Days When Answer Due: | 20 |
|    | Answer Due Date: | 3/15/2015 |
| 12. | SOP Sender: (Name, Address and Phone Number) | Allan, Nava & Glander, PLLC / San Antonio, TX / 210-305-4220 |
| 13. | Shipped to Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | Not Applicable |
| 15. | Handled By: | 441 |
| 16. | Notes: | None. |

**CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received.

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com

## CITATION BY CERTIFIED MAIL
TRC 106
Cause No. 15-02-0120-CVA

| | | |
|---|---|---|
| ISABEL RISO AND JOSE ROCHA<br>-VS-<br>COREY LEE BOYCE AND KLX ENERGY SERVICES, LLC F/K/A BEA LOGISTICS SERCICES, LLC | § <br><br> § <br><br> § | IN THE 81ST-218TH DISTRICT COURTS <br><br> OF <br><br> ATASCOSA COUNTY, TEXAS |

### THE STATE OF TEXAS

TO: KLX ENERGY SERVICES LLC F/K/A BEA LOGISTICS SERVICES LLC , BY SERVING ITS REGISTERED AGENT CORPORATE CREATIONS NETWORK INC AT: 4265 SAN FELIPE, SUITE 1100, HOUSTON, TX 77027, Defendant- GREETING

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." TRCP. 99

You are hereby commanded to appear by filing a written answer to the Plaintiff's PLAINTIFF'S ORIGINAL PETITION, at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation, before the Honorable 81ST-218TH DISTRICT COURTS Court of Atascosa County, Texas, at the Courthouse in said County in Jourdanton, Texas. Said Plaintiff's PLAINTIFF'S ORIGINAL PETITION, was filed in said court on the 18th day of February, 2015 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's PLAINTIFF'S ORIGINAL PETITION, accompany this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Jourdanton, Texas this 18th day of February, 2015.

Attorney for Plaintiff or Plaintiff;
WILLIAM N. ALLAN, IV.
825 W. BITTERS ROAD, SUITE 104
SAN ANTONIO, TX 78216

Clerk of the Court:
MARGARET E. LITTLETON,
DISTRICT CLERK
Atascosa County, Texas

By _____
ASHLEY SEGURA, DEPUTY

## OFFICER'S RETURN

CAUSE #15-02-0120-CVA

ISABEL RISO AND JOSE ROCHA
-VS-
COREY LEE BOYCE AND KLX ENERGY SERVICES, LLC F/K/A BEA LOGISTICS SERCICES, LLC

IN THE 81ST-218TH DISTRICT COURTS
OF
ATASCOSA COUNTY, TEXAS

**NAME AND ADDRESS FOR SERVICE:**
LLC F/K/A BEA LOGISTICS SERVICES LLC KLX ENERGY SERVICES
4265 SAN FELIPE, SUITE 1100
HOUSTON, TX 77027

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____
and the cause or failure to execute this process is: _____
and the information received as to the whereabouts of said defendant(s) being: _____

FEES:
Serving Petition and Copy $_____
Total $_____

_____, Officer
_____, County, Texas
By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following:

My name is _____, my date of birth is _____, and my address is
(First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server
_____
(Id # & expiration of certification)

CAUSE NO. 15-02-0120-CVA

| | | |
|---|---|---|
| ISABEL RISO and<br>JOSE ROCHA | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | 218th JUDICIAL DISTRICT |
| COREY LEE BOYCE and<br>KLX ENERGY SERVICES, LLC<br>F/K/A BEA LOGISTICS SERVICES, LLC | § § § § | |
| Defendants. | § | ATASCOSA COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE COURT:**

NOW COME ISABEL RISO and JOSE ROCHA ("Plaintiffs"), complaining of COREY LEE BOYCE and KLX ENERGY SERVICES, LLC (KLX), F/K/A BEA LOGISTICS SERVICES, LLC, and for cause of action would respectfully show:

### I. DISCOVERY CONTROL PLAN

Plaintiffs intend for discovery to be conducted under Level II because under the facts known at this time, Plaintiffs seek monetary relief over $200,000.00, but not more than $1,000,000.00.

### II. PARTIES

Plaintiff, ISABEL RISO, is an individual who resides in Jourdanton, Atascosa County, Texas.

Plaintiff, JOSE ROCHA, is an individual who resides in Jourdanton, Atascosa County, Texas.

Defendant, COREY LEE BOYCE, is an individual who resides in Washington, Texas and may be served with process at the following address: 709 Sabine St., Brenham, Texas

Plaintiffs' Original Petition                                                                                                   Page 1 of 6

FEB 18 2015

MARGARET E. LITTLETON, DISTRICT CLERK
CLERK DISTRICT COURT, ATASCOSA CO., TX
BY _____ DEPUTY

77833-3362, USA or wherever he shall be found. Service of said Defendant can be effected through the Court via private process. Request is hereby made for issuance of citation.

Defendant, KLX ENERGY SERVICES, LLC, F/K/A BEA LOGISTICS SERVICES, LLC, hereinafter referred to as KLX, is a foreign company conducting business in Texas and may be served with process by serving its registered agent, Corporate Creations Network, Inc. by registered mail at 4265 San Felipe, Suite 1100, Houston, Texas 77027-0000, USA. Plaintiffs request that the Clerk issue service to KLX by certified mail at this time.

### III. VENUE

Venue is proper in Pleasanton, Atascosa County, Texas because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Atascosa County. Tex. Civ. Prac. & Rem. Code § 15.002(a)(1).

As set forth below, this Court has jurisdiction over the subject matter of this suit and the matter in controversy is within the jurisdictional limits of this Court.

### IV. FACTS

On or about March 28, 2014, Plaintiffs were traveling west on Oaklawn in Pleasanton, Atascosa County, Texas, when suddenly and without notice, Boyce in a careless and negligent manner, struck the left side of Plaintiffs' vehicle, resulting in serious and permanent injuries to Plaintiffs. The owner of the vehicle at the time of the collision was KLX and it employed or otherwise supervised Boyce. Accordingly, KLX was responsible for ensuring its and its employees compliance with all applicable laws, rules, and regulations.

## V. CAUSES OF ACTION

**A.      Negligence of Defendant Boyce**

Plaintiffs incorporate by reference the allegations set forth above.

On the occurrence made the basis of this suit, Boyce owed a duty of care to Plaintiffs, being that of a reasonably prudent driver. Plaintiffs will show that Boyce was negligent and that their resulting injuries and damages were proximately caused by the negligence of Boyce, in one or more of the following ways:

1. In failing to keep a proper lookout such as a person of ordinary prudence would have kept under the same or similar circumstances;

2. In failing to keep an assured safe stopping distance;

3. In failing to timely apply his brakes in order to avoid the collision;

4. In failing to take evasive action in an effort to avoid the collision in question;

5. In driving his vehicle at a rate of speed which was greater than which a person of ordinary prudence would have done under the same or similar circumstances;

6. In failing to control his vehicle in a safe manner as a reasonable and ordinary prudent person would have done under the same or similar circumstances; or

7. In failing to abide by, and to adhere to, applicable traffic laws, such as a person of ordinary care would have done under the same or similar circumstances.

Each of these acts and/or omissions, singularly or in combination with each other, constitutes negligence that proximately caused the occurrence made the basis of this action and Plaintiffs' injuries and damages.

**B.      Negligence of Defendant KLX**

Plaintiffs incorporate by reference the allegations set forth above.

On the occurrence made the basis of this suit, KLX owed a duty of care to Plaintiffs, being that of reasonably prudent company with adequate supervision over its agents and employees operating under the applicable laws, rules, and regulations. Plaintiffs will show that KLX was negligent in one or more of the following:

1. In failing to properly maintain the vehicle;
2. In permitting Defendant Boyce to operate the vehicle;
3. In hiring Boyce without ensuing he had the requisite qualifications to safely operate a vehicle used for transportation;
4. In failing to properly train, orientate, or supervise Boyce to safely operate a vehicle used transportation;
5. In failing to properly ensure Johnson's compliance with applicable laws, rules, and regulations for the safe operation of a vehicle used for transportation; or
6. In entrusting Johnson to operate a vehicle for public transportation having reason to know that Johnson was an incompetent or reckless driver.

Each of these acts and/or omissions, in combination with each other, constitutes negligence that proximately caused the occurrence made the basis of this action and Plaintiffs' injuries and damages.

## VI. VICARIOUS LIABILITY OF KLX

Plaintiffs incorporate by reference the allegations set forth above.

KLX is vicariously liable for the torts, negligence, and damages attributable to Boyce for one or more of the following reasons:

1. Boyce was an employee, servant, or agent of KLX acting in the course and scope of his employment at the time of the collision;
2. Boyce was employed and acting in furtherance of a mission for the benefit of KLX at the time of the collision;

3. Boyce was an agent of KLX acting with actual, express, implied, or apparent authority at the time of the collision; and

4. KLX owned and maintained the vehicle Boyce was driving at the time of the accident and employed Boyce to operate the vehicle.

## VII. DAMAGES

As a result of the negligent conduct of the Defendants, Plaintiffs suffered severe bodily injuries for which they seek damages as follows:

1. The reasonable and necessary costs of medical care and treatment, including doctors, hospitals, nurses, medicines, and other services and supplies from the date of the incident to the time of the verdict herein;

2. The reasonable and necessary costs of medical care and treatment, including doctors, hospitals, nurses, medicines, and other services and supplies which, in reasonable probability, will be incurred in the future, after the date of the verdict herein;

3. The physical pain, suffering and mental anguish sustained from the date of the incident to the time of the verdict herein;

4. The physical pain, suffering and mental anguish which, in reasonable medical probability, will be suffered after the date of the verdict herein;

5. The physical disfigurement and impairment suffered to the time of the verdict herein;

6. The physical disfigurement and impairment suffered after the date of the verdict herein; and

7. Past and Future Loss of wage earning capacity; and

Said damages are in excess of the minimum jurisdictional limits of this Court.

## VIII. REQUEST FOR DISCLOSURE

Defendants are requested to disclose within fifty (50) days of service of this request, the information or material described in Rule 194.2(a)-(l) of the Texas Rules of Civil Procedure.

## IX. JURY DEMAND

Plaintiffs demand a jury trial and tender the appropriate fee with this petition.

## PRAYER

WHEREFORE, Plaintiffs, ISABEL RISO and JOSE ROCHA request that Defendants COREY LEE BOYCE and KLX ENERGY SERVICES, LLC, F/K/A BEA LOGISTICS SERVICES, LLC, be cited to appear and answer, and that Plaintiffs have judgment against the Defendant for:

1. Damages aforementioned;
2. Prejudgment and postjudgment interest as provided by law;
3. Court costs;
4. Attorney fees where authorized; and
5. Such other and further relief general and special, legal and equitable relief to which Plaintiff may be entitled.

Respectfully submitted,

ALLAN, NAVA & GLANDER, PLLC
825 W. Bitters Road, Suite 104
San Antonio, Texas 78216
Telephone: (210) 305-4220
Telecopier: (210) 305-4219
Serveone@ANGlawfirm.com

By: /s/ William N. Allan, IV
WILLIAM N. ALLAN, IV
State Bar No. 24012204

ATTORNEY FOR PLAINTIFFS

Files:Active:40008.0019 - Riso v. BEA Logistics Service:Pleadings:Petitions:POP.doc

FEB 2 3 2015